# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

BAC Home Loan Servicing, LP,

       Plaintiff,                      Civil No. 11-92 (RHK/JJK)

vs.                              **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Anchor Bank, N.A.,

       Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: January 14, 2011

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge